USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/2/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANOVER INSURANCE GROUP, *as subrogor of* JOE MONANI FISH CO., INC,

          Plaintiff,

-against-

PANTHER EXPRESS LINE, CORP.,

          Defendant.

1:24-cv-03490-MKV

**ORDER OF DISMISSAL**

**MARY KAY VYSKOCIL, United States District Judge:**

    The Court is in receipt of a letter filed by Plaintiff informing the Court that the parties have reached a settlement in principle. [ECF No. 21]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by May 2, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

    The Clerk of Court is respectfully requested to terminate the motions at Docket Numbers 12 and 20 and close this case.

**SO ORDERED.**

Date: **April 2, 2025**
      New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**